# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF
JAMES BUCHANAN BLITCH, JR.

NO.  2025 CW 0922

**DECEMBER 30, 2025**

In Re:    James Buchanan Blitch, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202430404.

BEFORE:  **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5(C)(6), (8), (9), and (10) of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the signed judgment, each pleading on which the judgment was founded, including the petition(s), the exception at issue and any attachments thereto, and pertinent court minutes.  In addition, this court requires a copy of the pertinent hearing transcript and all evidence introduced at the hearing.

Supplementation of this writ application and/or an application of rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 26, 2026, and must contain a copy of the ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT